In The United States District Court
For The Southern District of Illinois
E. St. Louis Division

Albert C. Burgess
Petitioner

22-1161-NJR

Vs

United States of America
Respondant

Petitioner's Request for
A §2241(28 USCA) Habeas
Corpus

In December of 2018 the Congress of the United States passed a LAW concerning the amount of time Inmates, such as the Petitioner would serve on their Sentences. The BOP was the target of the legislation And therefore completely ignored the LAW. The BOP would not Allow even copies of the First Step Act onto the prison law library computers.

Until early 2022, the BOP was pressured by the Courts to publish the First Step Act, but not befo

The LAW has a provision for the Reduction in the time served by Inmates over 65 yrs of Age.

This petitioner is Almost 73.

The Petitioner's Case Manager told the Petitioner would have his sentence served upon completition of 65% of his time. He showed the Petitioner the official BOP version of his sentence. That version, under LAW, would have the Petitioner completing his sentence in August of 2024.

The BOP and AFL-CIO both oppose the Act because it will LOWER the prison population.

Page two

Thereafter, very Recently, the Case Manager Supervisor, a Ms. Daun, told the Petitioner he was eligible for the reduction.

Now, however, the Supervisor is hedging on her Assessment of the Petitioner's eligibility. Some documents show the 65% figure. Some show the 85% figure, very inconsistently.

This Petitioner decided to file now, before the 26 month period is up.

The Petitioner, under the First Step Act, is entitled by BOP Policy to have 17-19 months at a Halfway House, a very real Reduction in the Rigors of his incarceration.

The BOP, ever diligent to keep the prisons full, refuses to state Affirmately that the Petitioner is eligible and even has Altered and falsified documents to this Court.

This is a cause of action under the 8th Amendment, not the 14th Amendment.

This Petitioner Request this Court to demand full compliance with the First Step Act, by the Respondents.

Petitioner request Appointment of counsel.

Petitioner Request EXPEDITED proceedings in this case to ensure he gets relief he is entitled to by August of 2024.

## Three

If there is some codicil in the First Step Act, the Court should make that Ruling. Otherwise, the Act stands.

Petitioner has the funds to pay for the $5.00 filing fee. He ask the Court to order the BoP to release those funds at this time to the Clerk of this Court (the 5.00 for the filing fee)

## Verification

I declare under penalty of perjury that the statements made by me in this Petition are true and correct.

This the 2nd of June, 2022

s./ Albert C. Burgess
Albert C. Burgess

6-2-22

Clerk
US District Court
750 Missouri Ave
E. St Louis, Illi.
        62201

Re: Enclosed Petitioner

Dear Clerk:

        Please process this. I have the $5.00
in my Account. I have no access to a copier.
        Thank you.

                                Sincerely,

                                C. Burgess

                                88539-071
                                POB 1000
                                Marion, Illi. 62959


P.S. Please write "Please Forward) on Any
envelopes you send. I am scheduled to
go to an FMC for medical treatment.

        Thank you

FOREVER USA
PURPLE HEART

1st Class

SAINT LOUIS MO 630

2 JUN 2022 PM 10 L

Clerk of Court
US District Court
750 Missouri Ave
E. St. Louis, Ill.
62201

62201-295402

ACB Rogers
85539-074
United States Penitentiary
PBB 1000
Marion, Ill.
62959

Special
+
Legal



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JUN 0 6 2022

RECEIVED